**United States District Court**
For the Northern District of California

1

2

3                   IN THE UNITED STATES DISTRICT COURT

4                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

5                           SAN JOSE DIVISION

6    RAVEN VALENTINE,                        CASE NO. 5:11-cv-05764 EJD

7                                            **ORDER TO SHOW CAUSE**
                    Plaintiff(s),
8        v.

9    FACEBOOK, INC.,

10

11                  Defendant(s).
     _____/

12        Plaintiff Raven Valentine ("Plaintiff") filed the Complaint underlying this action on

13   November 30, 2011.  See Docket Item No. 1.  On February 28, 2012, the court scheduled a Case

14   Management Conference for March 30, 2012, at 1:30 p.m., and ordered the parties to file a Joint

15   Case Management Statement no later than March 23, 2012.  See Docket Item No. 24.  Despite being

16   notified of these dates by mail, Plaintiff failed to file a statement and failed to appear at the

17   conference.

18        Accordingly, the court hereby issues an order to show cause why this action should not be

19   dismissed for failure to prosecute.  If Plaintiff does not, **by April 27, 2012**, demonstrate good cause

20   in writing why this case should not be dismissed, the Court will dismiss the action with prejudice

21   pursuant to Federal Rule of Civil Procedure 41(b).  No hearing will be held on the order to show

22   cause unless otherwise ordered by the Court.

23   **IT IS SO ORDERED.**

24

25   Dated:  April 3, 2012

26                                           _____
                                             EDWARD J. DAVILA
27                                           United States District Judge

28

                                         1
     CASE NO. 5:11-cv-05764 EJD
     ORDER TO SHOW CAUSE